**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Tyler A. BANKS**
**Damage Controlman Third Class (E-4), U.S. Coast Guard**

**CGCMG 0318**
**Docket No. 1411**

**01 July 2016**

General Court-Martial convened by Commander, Director of Operational Logistics.  Tried at Norfolk, Virginia, on 1 July 2014, and Miami, Florida, on 23 September 2014.

| | |
|---|---|
| Military Judge: | CPT Christine N. Cutter, USCG |
| Trial Counsel: | LT Jeffery C. Barnum, USCG |
| Assistant Trial Counsel: | LT Brett F. McCall, USCGR |
| Defense Counsel: | LCDR Richard E. Federico, JAGC, USN |
| Appellate Defense Counsel: | LT Philip A. Jones, USCGR |
| Appellate Government Counsel: | LT Lars T. Okmark, USCGR |

**BEFORE**
**McCLELLAND, DUIGNAN[1] & BRUCE**
Appellate Military Judges

Per curiam:

Appellant was tried by general court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of rape, in violation of Article 120, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for twenty-four months, reduction to E-1, and a dishonorable discharge.  The Convening Authority approved the sentence.  The pretrial agreement did not affect the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

---

[1] Judge Duignan did not participate in this decision.

**Decision**

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed



For the Court,


Sarah P. Valdes
Clerk of the Court